781 F.2d 1482
 Johnnie L. JOHNSON, Petitioner-Appellee,
v.
Ralph KEMP, Warden, Georgia Diagnostic and Classification
Center, Respondent-Appellant.
 No. 85-8716.
 United States Court of Appeals,
Eleventh Circuit.
 Jan. 30, 1986.
 
 Susan V. Boleyn, Asst. Atty. Gen., Atlanta, Ga., for respondent-appellant.
 Alice C. Stewart, Atlanta, Ga., for petitioner-appellee.
 Appeal from the United States District Court for the Southern District of Georgia.
 Before GODBOLD, Chief Judge, KRAVITCH and HATCHETT, Circuit Judges.
 PER CURIAM:
 
 
 1
 AFFIRMED on the opinion of the district court, 615 F.Supp. 355 (S.D.Ga.1985).